IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY WICK, | § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-11-0286 |
| | § | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | § § § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Based on the order adopting the Memorandum and Recommendation of the United States Magistrate Judge signed on December 30, 2011, this case is dismissed, with prejudice. This is a final judgment.

SIGNED on January 23, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge